```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Immigrant Defense Project,

                Plaintiff,

-against-

United States Immigration and Customs Enforcement,

                Defendant.

22-cv-01153 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

No later than March 10, 2022, the parties shall file a joint letter setting forth the parties' intended next steps in this case and a proposed schedule therefor.

**SO ORDERED.**

Dated: New York, New York
February 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge