UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Immigrant Defense Project, | |
|                             Plaintiff, | 22-cv-01153 (SDA) |
| -against- | ORDER |
| United States Immigration and Customs Enforcement, | |
|                             Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

On Friday, January 19, 2024, the parties shall file a joint status letter.

**SO ORDERED.**

Dated:   New York, New York
           November 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge