UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Immigrant Defense Project,

                              Plaintiff,

-against-

United States Immigration and Customs Enforcement,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2024

22-cv-01153 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On Friday, March 15, 2024, the parties shall file a joint status letter.

**SO ORDERED.**

Dated:   New York, New York
            January 19, 2024

_____
STEWART D. AARON
United States Magistrate Judge